UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,                                06-MC-45 JRT/FLN

    Petitioner,

v.                                                        **O R D E R**

Stephen P. Henchen,

    Respondent.

---

Roylene A Champeaux, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota, for petitioner.

Stephen P. Henchen, 1009 - 10th Avenue North, Princeton, Minnesota 55371 respondent *pro se*.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 22, 2006 [Docket No. 7], all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Respondent, Stephen P. Henchen, obey the summons in each and every requirement thereof and the Court orders his attendance and production of records as is required and called for by the terms of the summons before Revenue Officer David Sussman or any other proper officer of the Internal Revenue Service no later than close of business November 24, 2006, at 6200 Shingle Creek Parkway, Suite 600, Brooklyn Center, Minnesota and further orders the Respondent to appear for the purpose of giving testimony and records concerning the federal tax

liabilities of Respondent for the tax years 1995, 1996, 1997, 2001 and 2002.


DATED: October 24, 2006                     ____s/John R. Tunheim____
at Minneapolis, Minnesota                    Judge John R. Tunheim
                                             United States District Court